UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YAVOR IVANOV,

                Plaintiff,

-against-

                : ORDER

MICHAEL CETTA, INC., d/b/a
SPARKS STEAK HOUSE,     : 19-CV-7535 (LTS) (KNF)

                Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/20

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

A conference was held with counsel to the respective parties on February 11, 2020. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. all discovery, of whatever nature, shall be initiated so as to be completed on or before August 11, 2020;

2. the last date on which to amend pleadings will be March 31, 2020;

3. the last date on which to join additional parties will be March 31, 2020;

4. a telephonic status conference will be held with the parties on July 8, 2020, at 10:30 a.m. The parties should call (888) 557-8511 and, thereafter, enter access code 4862532; and

5. should the parties determine that it would be advantageous to participate in the court's mediation program they shall advise the Court of that, in writing, so that the case may be referred to the mediation program.

Dated: New York, New York
       February 14, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE