

**MARK DAVID SHIRIAN P.C.**
ATTORNEYS AT LAW

MARK DAVID SHIRIAN P.C.

228 East 45ᵀᴴ Street, Suite 1700-B
New York, NY 10017
Tel: (212) 931- 6530
Fax: (212) 898 - 0163
www.shirianpc.com

MARK D. SHIRIAN
MSHIRIAN@SHIRIANPC.COM

November 16, 2020

<u>Via ECF</u>                                             MEMORANDUM ENDORSEMENT
Hon. Kevin N. Fox
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

        **Re:** <u>Ivanov v. Michael Cetta, Inc. d/b/a Sparks Steak House
             SDNY Case No.: 19-cv-7535 (LTS) (KNF)</u>

Dear Judge Fox:

    I am a member of Mark David Shirian P.C., attorney for the plaintiff, in the above-referenced action. Kathryn Lundy and Marc Zimmerman represent the defendant.

    I am pleased to advise the court that the parties have reached a settlement in principle. As such, I respectfully request a 30-day stay of all court deadlines to allow the finalization of the settlement paperwork.

    Thank You for Your consideration of this request.

                                                     Respectfully submitted,

                                                     Mark D. Shirian

                                                     11/23/20

cc:   All Parties (via ECF service)

                                            Application denied.  The only relevant deadlines have either expired or will be eclipsed by the "finalization of the settlement paperwork"; so, the requested stay is unnecessary.
                                            SO ORDERED:

                                            Kevin Nathaniel Fox, U.S.M.J.